☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :    NOTICE OF INTENT TO
                                        FILE AN INFORMATION
        - v. -                     :

EDWIN RIOS,                             08 CRM 163

        Defendant.                 :

- - - - - - - - - - - - - - - - x

*JUDGE SULLIVAN*

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         February 5, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                        By:   _____
                              Kenneth Allen Polite, Jr.
                              Assistant United States Attorney


                              AGREED AND CONSENTED TO:

                        By:   _____
                              Andrew G. Patel, Esq.
                              Attorney for EDWIN RIOS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

2/7/08 WHEEL A