

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    v.                            :

EDWIN RIOS,                       :
    a/k/a "Chino,"
                               :
        Defendant.
                               :
- - - - - - - - - - - - - - - - -x

INFORMATION

08 Cr.

**08 CRIM 163**

### COUNT ONE

    The United States Attorney charges:

    1. On or about August 27, 2007, in the Southern District of New York, EDWIN RIOS, a/k/a "Chino," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, Burglary in the Third Degree, in violation of New York Penal Law 140.20, in New York Supreme Court, Bronx County, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a 12 gauge Mossberg shotgun, which previously had been shipped and transported in interstate and foreign commerce.

    (Title 18, United States Code, Section 922(g)(1).)

### COUNT TWO

    The United States Attorney further charges:

    2. From in or about July 2007, up to and including in or about October 2007, in the Southern District of New York, EDWIN RIOS, a/k/a "Chino," the defendant, unlawfully, willfully, and knowingly did distribute and possess with intent to distribute a controlled

substance, to wit one pound and more of mixtures and substances containing a detectable amount of marijuana.

    (Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(D), and Title 18, United States Code, Section 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EDWIN RIOS,
a/k/a "Chino,"

Defendant.

**INFORMATION**

08 Cr. ___

(18 U.S.C. § 922(g)(1),
21 U.S.C. §§ 812, 842(a)(1), and
841(b)(1)(D), and 18 U.S.C. § 2)


MICHAEL J. GARCIA
United States Attorney.

2/28/08 Filed Information & Waiver of Indictment. Deft. Pres. W/atty & AUSA Polite. Deft. Pleads not guilty. Bail cont'd.
/s/ Mag. Judge Katz