```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------:

UNITED STATES OF AMERICA                         :

    -against-                 :

EDWIN RIOS                                       :

-------------------------------------------------:

ORDER

08 Cr. 163 (RJS)

        Upon the request of Andrew G. Patel, Esq., attorney for Edwin Rios and with the consent of Assistant United States Attorney Kenneth Polite, the bail conditions of Edwin Rios are modified as follows:

        It is ORDERED that Edwin Rios will be permitted to travel to the Eastern District of Virginia from August 20, 2008 until August 29, 2008 to help care for a sick relative. In all other respects the bail conditions for Mr. Rios remain as originally set.

Dated: New York, New York
       August 19, 2008

SO ORDERED:

_____
Richard J. Sullivan
United States District Judge